# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION, | : No. 68 WM 2014 |
| | : |
| | : |
| Respondent | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| ALFONSO AMELIO, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **DENIED**.